The People of the State of New York v. Clifton C. Draper.— Motion denied. Howard, J., dissented; Cochrane, J., not voting.

The People of the State of New York, on the Relation of Richard V. Somerville, Relator, Respondent, v. Frank M. Williams, as State Engineer and Surveyor of the State of New York, Respondent, Appellant.— Order settled.

Josephine A. Ryan, as Administratrix, etc., of John J. Ryan, Deceased, v. The New York Central and Hudson River Railroad Company.— Motion denied.

James F. Rooney, Respondent, v. Charles Stone, Appellant.— Judgment affirmed, with costs. All concurred, except Woodward, J., not voting.

Wolfe M. Spiegel, Respondent, v. Benjamin Lowenstein, Appellant.— Judgment and order unanimously affirmed, with costs.

Edward A. Smith and Others, Respondents, v. Luke M. Harrington and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Tricozzi, an Infant, by Vincenzo Tricozzi, His Guardian ad Litem, v. The New York Central and Hudson River Railroad Company.— Motion denied.

Troy Waste Manufacturing Company v. The New York Central and Hudson River Railroad Company.— Motion denied, with ten dollars costs. Cochrane, J., not sitting.

Charles H. Turner v. The New York Central and Hudson River Railroad Company.— Motion denied.

Daniel G. Underwood and Another v. John P. Ahrens.— Motion denied, with privilege to renew at a later term.

United Transportation Company, Respondent, v. John D. Hass, Appellant.— Judgment and order affirmed, with costs. All concurred, except Woodward, J., not voting.

Catherine R. Watson, Respondent, v. St. Paul Fire and Marine Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Mary A. Weakley, as Administratrix, etc., of John J. Weakley, Deceased, v. New York Central Railroad Company.— Motion denied.